PROB 12B
ED/AR (8/2002)

# United States District Court

### for the

### Eastern District of Arkansas



FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JUL 1 1 2006

JAMES W. McCORMACK, CLERK
By:_____
DEP CLERK

### Request for Modifying the Conditions or Term of Supervision
### with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Erica Monique Dunbar                     Case Number: 4:03CR00221-01 GH

Name of Sentencing Judicial Officer:     Honorable George Howard, Jr.
United States District Judge

Offense:          Bank fraud

Date of Sentence:   February 27, 2004

Sentence:         12 months Bureau of Prisons, 4 years supervised release, substance abuse treatment, mandatory drug testing, financial disclosure, defendant shall not obtain employment in an institution insured by the FDIC or a Federal Credit Union, $39,951.79 restitution, and $100 special penalty assessment

July 2, 2004: Restitution amount amended to $31,851.79

Type of Supervision:   Supervised release          Date Supervision Commenced:  November 1, 2004
Expiration Date:  October 31, 2008

Asst. U.S. Attorney:  Anne Gardner          Defense Attorney:  Jeffrey M. Rosenzweig

U.S. Probation Officer: Audrene J. Ellis
Phone No.: 501-604-5281

## PETITIONING THE COURT

To modify the conditions of supervision as follows:

The defendant shall perform 100 hours of community service.

### CAUSE

On June 17, 2006, Ms. Dunbar traveled to Memphis, Tennessee, without obtaining prior approval from the United Stated Probation Office.

Enclosed is the Probation Form 49, Waiver of Hearing, signed by the defendant. Any further violations will be reported to the Court for appropriate action. Defense Counsel Jeffrey M. Rosenzweig was contacted and was in agreement with the above-mentioned modification request.

` Prob 12B                              -2-                    Request for Modifying the
                                                              Conditions or Terms of Supervision
                                                              with Consent of the Offender

Name of Offender:   Erica Monique Dunbar

Audrene J. Ellis
U.S. Probation Officer                      Assistant U.S. Attorney

Date: June 28, 2006                         Date:

This form is to be filed with Criminal Docketing as a motion.

THE COURT ORDERS:

[ ]   No Action
[ ]   The Extension of Supervision as Noted Above
[✔]   The Modification of Conditions as Noted Above
[ ]   Other

Signature of Judicial Officer

July 11, 2006
Date

This form is to be filed with Criminal Docketing as an order and/or petition.

Approved:

Supervising U.S. Probation Officer

AJE

c:  Defense Attorney, Jeffrey M. Rosenzweig, 300 Spring Building, Suite 310, Little Rock, Arkansas
    72201
    Assistant U.S. Attorney, Anne Gardner, P.O. Box 1229, Little Rock, Arkansas 72203

PROB 49

Waiver of Hearing to Modify Conditions
of Probation/Supervised Release or Extend Term of Supervision

# UNITED STATES DISTRICT COURT
## for the
# EASTERN DISTRICT OF ARKANSAS

I have been advised and understand that I am entitled by law to a hearing and assistance
of counsel before any unfavorable change may be made in my Conditions of Probation and
Supervised Release or my period of supervision being extended.  By 'assistance of counsel', I
understand that I have the right to be represented at the hearing by counsel of my own choosing
if I am able to retain counsel.  I also understand that I have the right to request the Court to
appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain
counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel.  I
also agree to the following modification of my Conditions of Probation and Supervised Release
or to the proposed extension of my term of supervision:

The defendant shall perform 100 hours of community service.

Witness: _____    Signed: _____
U.S. Probation Officer                    Probationer or Supervised Releasee

_____
DATE